COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-164-CV

NO. 2-09-182-CV

IN RE DOUGLAS M. BRANDON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petitions for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petitions for writ of mandamus are denied.

PER CURIAM

PANEL:  CAYCE, C.J.; DAUPHINOT and MEIER, JJ.

    (MEIER, J., not participating)

DELIVERED:  July 17, 2009  

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.